1 Jeremy S. Golden (SBN 228007)
2 Cory M. Teed (SBN 299780)
  Golden & Cardona-Loya, LLP
3 3130 Bonita Road, Suite 200B
4 Chula Vista, CA 91910
  cory@goldencardona.com
5 Phone: 619-476-0030; Fax: 775-898-5471
6 Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE ANDERSON,  )<br>  )<br>　　　　Plaintiff,  )<br>  )<br>v.  )<br>  )<br>SOFI LENDING CORP.; EXPERIAN  )<br>INFORMATION SOLUTIONS, INC.; and  )<br>DOES 1 through 10, inclusive,  )<br>  )<br>　　　　Defendants.  )<br>　　　　　　　　　　　　　　　)  | Case No.: 2:23-cv-00179-DMG-AS<br><br>**Joint Stipulation re: Settlement as to Defendant Experian Information Solutions, Inc. Only** |

//
//
//

Please take notice that this matter has settled as to Defendant Experian Information Solutions, Inc. only. The settlement agreement conditions dismissal of this matter as to Experian Information Solutions, Inc. on the satisfactory completion of specified terms. The specified terms should be completed by August 7, 2023. A Joint Motion to Dismiss will be filed as to Defendant Experian Information Solutions, Inc. only after the settlement agreement conditions have been completed. This settlement does not apply to other named defendants.

Dated: June 8, 2023

/s/Cory M. Teed
Cory M. Teed
Attorney for Plaintiff

Date: June 8, 2023

/s/Kja Harper-Gopaul
Kja Harper-Gopaul
Attorney for Defendant Experian Information Solutions, Inc.