# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| MAURICE ANDERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SOFI LENDING CORP.; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:23-cv-00179-DMG-ASx<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL OF ACTION [77]** |

　　　　Having considered the *Stipulation for Dismissal of Action* (the "Stipulation") entered into between *plaintiff* Maurice Anderson and *defendant* SoFi Bank, N.A. (collectively, the "Parties"), and good cause appearing therefor,

　　　　**IT IS ORDERED** that the Stipulation is **APPROVED**.

　　　　**IT IS FURTHER ORDERED** that this action is hereby dismissed ***with prejudice***.

　　　　**IT IS FURTHER ORDERED** that the Parties shall bear their own fees and costs, including all attorneys' fees, incurred in connection with this action.

　　　　**IT IS SO ORDERED.**

Dated: June 17, 2024

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Dolly M. Gee*
　　　　　　　　　　　　　　　　　　　　　　　　Dolly M. Gee
　　　　　　　　　　　　　　　　　　　　　　　　Chief U.S. District Judge